UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| COPTERLINE OY | : | CIVIL ACTION NO. |
| | : | 3:07-CV-01450 (RNC) |
| Plaintiffs. | : | |
| vs. | : | |
| | : | |
| SIKORSKY AIRCRAFT CORPORATION, ET AL | : | |
| | : | |
| Defendants. | : | October 2, 2007 |

---

## APPEARANCE

Please enter the Appearance of George C. Springer, Esq. on behalf of Plaintiff Copterline Oy in the above-captioned matter.

                                                                            THE PLAINTIFF,
                                                                            COPTERLINE OY

/s/ George C. Springer, Jr.
George C. Springer, Jr., ct 03263
gspringer@thelen.com
THELEN REID BROWN RAYSMAN
  & STEINER
185 Asylum Street.
CityPlace II, 10th Floor
Hartford, Connecticut 06103
Telephone: (860) 275-6400
Facsimile:  (860) 275-6410

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that on October 2, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Eli R. Mattioli
Thelen Reid Brown Raysman & Steiner
875 Third Avenue
New York, NY 10022-4097

Michael Evan Jaffe
Thelen Reid Brown Raysman & Steiner
701 Eighth Street
N.W., Suite 800
Washington, DC 20001

Alice Chan
Garrett J. Fitzpatrick
Kevin Francis Cook
Mendes & Mount – 7th Ave NYC
750 7th Avenue
New York, NY 10019

James W. Hunt
Mendes & Mount
725 S. Figueroa Street
Suite 1990
Los Angeles, CA 90017-5419

/s/George C. Springer Jr.
George C. Springer, Jr.