## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
COPTERLINE OY,                     :    CIVIL ACTION NO.
                                   :    3:07-CV-01450 (WWE)
              Plaintiffs,          :
                                   :
    vs.                            :
                                   :
SIKORSKY AIRCRAFT CORP. and        :
HELICOPTER SUPPORT, INC.,          :
                                   :
              Defendants.          :    October 16, 2007
-------------------------------------------------------x
```

### NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, Steven M. Greenspan, of Day Pitney LLP, as attorney for the Defendants in the above-entitled action.

                                        **DEFENDANTS, SIKORSKY AIRCRAFT CORP. and HELICOPTER SUPPORT, INC.**

                                        By      \_\_\_\_\_ /s/_____
                                                   Steven M. Greenspan, ct#00380
                                                   Day Pitney LLP
                                                   CityPlace I
                                                   Hartford, CT 06103-3499
                                                   (860) 275-0346
                                                   (860) 275-0343
                                                   smgreenspan@daypitney.com
                                                   Their Attorney

## **CERTIFICATION**

      I hereby certify that on this date a copy of foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/_____ _____
      Steven M. Greenspan, ct00380