UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| COPTERLINE OY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 3:07-CV-01450 (WWE) |
| SIKORSKY AIRCRAFT CORPORATION, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

### APPEARANCE

Please enter the Appearance of Michael Evan Jaffe, Esq. on behalf of Plaintiff Copterline Oy in the captioned matter.

        THE PLAINTIFF,
        COPTERLINE OY


        ___/s/ Michael Evan Jaffe___
        Michael Evan Jaffe (admitted *pro hac vice*)
        THELEN REID BROWN RAYSMAN
          & STEINER LLP
        701 8th Street, N.W.
        Washington, D.C. 20001
        Telephone: (202) 508-4215
        Telecopy: (202) 654-1828
        E-mail: mjaffe@thelen.com

        and

        George C. Springer, Jr., Esq, ct 03263
        Patrick M. Birney, ct 19875
        THELEN REID BROWN RAYSMAN
          & STEINER LLP
        185 Asylum Street
        Cityplace II, 10th Floor
        Hartford, CT 06103
        gspringer@thelen.com
        pbirney@thelen.com
        Telephone: (860) 275.6461
        Telecopy: (860) 275.6410

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that on October 19, 2007, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> James W. Hunt
> MENDES & MOUNT, LLP
> 725 S. Figueroa St.
> Ste. 1990
> Los Angeles, CA  90017-5419
>
> Garrett J. Fitzpatrick, Esq.
> Kevin F. Cook, Esq.
> Alice Chan, Esq.
> MENDES & MOUNT, LLP
> 750 Seventh Avenue
> New York, NY  10019
>
> Steven M. Greenspan, Esq.
> DAY PITNEY LLP
> CityPlace I
> 242 Trumbull Street
> Hartford, CT  06103-3499

>                       /s/ Michael Evan Jaffe
>                       Michael Evan Jaffe