UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------X

COPTERLINE OY,

          Plaintiff,

- against-

SIKORSKY AIRCRAFT CORP. and
HELICOPTER SUPPORT, INC.,

          Defendants.

-------------------------------------------------X

Case No.: 3:07-cv-01450
(WWE)(HBF)

December 10, 2007

## NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, Garrett J. Fitzpatrick, of Mendes & Mount, LLP, as attorney for the Defendants in the above-entitled action.

DEFENDANTS, SIKORSKY
AIRCRAFT CORP. and
HELICOPTER SUPPORT, INC.

By:    /s/GJF
    Garrett J. Fitzpatrick, ct#phv02299
    James W. Hunt, ct#phv02300
    MENDES & MOUNT, LLP
    750 Seventh Avenue
    New York, New York 10019
    Tel. No.: (212) 261-8280
    Fax No.: (212) 261-8750
    garrett.fitzpatrick@mendes.com
    james.hunt@mendes.com

and

Steven M. Greenspan, ct#00380
Day Pitney LLP
CityPlace I
Hartford, CT 06103-3499
(860) 275-0346
(860) 275-0343
smgreenspan@daypitney.com

Their Attorneys

## CERTIFICATION

I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Garrett J. Fitzpatrick, ct#phv02299