UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COPTERLINE OY, | : | Case No. 3:07-cv-01450 |
| | : | (WWE)(HBF) |
| Plaintiffs, | : | |
| | : | |
| -against- | : | |
| | : | |
| SIKORSKY AIRCRAFT CORP. and | : | |
| HELICOPTER SUPPORT, INC., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, Alice Chan, of Mendes & Mount, LLP, as attorneys for the Defendants, Sikorsky Aircraft Corporation and Helicopter Support, Inc. in the above-entitled action.

**DEFENDANTS, SIKORSKY AIRCRAFT CORPORATION and HELICOPTER SUPPORT, INC.**

**By** _____/s/AC_____
Alice Chan, ct#phv02699
MENDES & MOUNT, LLP
750 Seventh Avenue
New York, New York 10019
Tel. No.: (212) 261-8169
Fax No.: (212) 261-8750
alice.chan@mendes.com

Steven M. Greenspan, ct#00380
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
(860) 275-0346
(860) 275-0343
smgreenspan@daypitney.com

Their Attorneys

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/
                            Alice Chan, ct#phv02699