UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COPTERLINE OY, | : | Case No. 3:07-cv-01450 |
| | : | (WWE)(HBF) |
| Plaintiff, | : | |
| | : | |
| -against- | : | October 1, 2008 |
| | : | |
| SIKORSKY AIRCRAFT CORP. and | : | |
| HELICOPTER SUPPORT, INC., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

      Please enter the Appearance of the undersigned, Kevin F. Cook, of Mendes & Mount, LLP, as attorneys for the Defendants, Sikorsky Aircraft Corporation and Helicopter Support, Inc. in the above-entitled action.

      **DEFENDANTS, SIKORSKY AIRCRAFT CORPORATION and HELICOPTER SUPPORT, INC.**

      **By**    /s/KFC
          Kevin F. Cook, phv#02799
          MENDES & MOUNT, LLP
          750 Seventh Avenue
          New York, New York 10019
          Tel. No.:  (212) 261-8276
          Fax No.:  (212) 261-8750
          Kevin.cook@mendes.com

          Steven M. Greenspan, ct#00380
          Day Pitney LLP
          242 Trumbull Street
          Hartford, CT 06103-1212
          (860) 275-0346
          (860) 275-0343
          smgreenspan@daypitney.com

          Their Attrorneys

## **CERTIFICATION**

      I hereby certify that on this date a copy of the foregoing **Notice of Appearance** was filed electronically and served by mail on anyone unable to accept the electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                               /s/
                                Kevin F. Cook, phv#02799