UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| COPTERLINE OY | CIVIL ACTION NO. |
| | 3:07-CV-01450 (WWE) |
| Plaintiffs. | |
| vs. | |
| | |
| SIKORSKY AIRCRAFT | |
| CORPORATION, ET AL | |
| | |
| Defendants. | December 3, 2008 |

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 7(e), the undersigned attorney, George C. Springer, Jr., respectfully request that he be allowed to withdraw his appearance as local counsel on behalf of the Plaintiff, Copterline Oy, in the above-captioned matter.

The undersigned entered his appearance in this matter as a member of Thelen, LLP. Thelen, LLP was engaged by the Plaintiff as legal counsel. Effective December 1, 2008, Thelen, LLP dissolved and ceased as an entity engaged in the practice of law.

The undersigned attorney has notified Plaintiff's Counsel, Attorney Michael Jaffe that he intends to withdraw as counsel. The Plaintiff is securing substitute local counsel in this matter and has no objection to the undersigned's withdrawal.

BY: /s/ George C. Springer, Jr.
George C. Springer, Jr., ct 03263
100 Knollwood Drive
New Britain, CT 06052
(860) 558-1886

## CERTIFICATION

Pursuant to Fed. R. Civ. P. Rule 5(b), I hereby certify that on December 3, 2008, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Alice Chan
Garrett J. Fitzpatrick
Kevin Francis Cook
Mendes & Mount – 7th Ave NYC
750 7th Avenue
New York, NY 10019

Catherine B. Slavin
Cozen & O'Connor
The Atrium
1900 Market Street
Third Floor
Philadelphia, PA 19103

James W. Hunt
Mendes & Mount
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071

John F. Keating, Jr.
Keating & McHugh
71 Route 39, Suite One
New Fairfield, CT 06812

Steven M. Greenspan
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103

John Griggs Sams
Brown, Dean Wiseman, Proctor, Hart & Howell
306 West 7th Street
Suite 200
Fort Worth, TX 76102

/s/George C. Springer Jr.
George C. Springer, Jr.

      This also certifies that a copy of the foregoing was mailed certified return receipt to the following counsel for Plaintiff:

Michael Evan Jaffe
Pillsbury Winthrop Shaw Pittman
2300 N Street NW
Washington, DC  20037

                                         /s/George C. Springer Jr.
                                         George C. Springer, Jr.