**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| COPTERLINE OY | : | 3:07-CV-01450-WWE |
| V. | : | |
| SIKORSKY AIRCRAFT CORPORATION, ET AL | : | DECEMBER 31, 2008 |

**<u>APPEARANCE</u>**

TO:   Clerk, U.S. District Court
       141 Church Street
       New Haven, CT 06510

   Please enter the Appearance of JAMES F. SULLIVAN of the law firm of Howard, Kohn, Sprague & FitzGerald, 237 Buckingham Street, Hartford, Connecticut  06106, Federal Bar No. CT12745, 860-525-3101, as an Attorney for the plaintiff in the above-captioned matter.

                                  Respectfully Submitted,
                                  Plaintiff Copterline Oy

                                  By       /S/
                                  James F. Sullivan, Esq.
                                  Howard, Kohn, Sprague & FitzGerald
                                  237 Buckingham Street
                                  Hartford, CT 06106
                                  Fed Bar No:  CT12745
                                  (860) 525-3101;
                                  E-mail address:  JFS@hksflaw.com

## **CERTIFICATION**

       I hereby certify that on December 31, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Michael Evan Jaffe, Esq.
Pillsbury Winthrop Shaw Pittman-DC
2300 N Street NW
Washington, DC 20037
Fax: 202-663-8007

Alice Chan, Esq.
Garrett J. Fitzpatrick, Esq.
Kevin F. Cook, Esq.
Mendes & Mount, LLP
750 7th Avenue
New York, NY 10019
Fax: 212-261-8772

James W. Hunt, Esq.
Mendes & Mount, LLP
445 South Figueroa Street
38th Floor
Los Angeles, CA 90071
Fax: 213-955-7725

Steven M. Greenspan, Esq.
Day Pitney LLP
242 Trumbull Street
Hartford, CT 06103-1212
Fax: 860-275-0343

Catherine B. Slavin, Esq.
Cozen & O'Connor
The Atrium - 1900 Market St.
Third Floor
Philadelphia, PA 19103-3527
Fax: 215-665-2013

John F. Keating, Jr., Esq.
Keating & McHugh
71 Route 39, Suite One
New Fairfield, CT 06812
Fax: 203-746-1637

John Griggs Sams
Brown, Dean, Wiseman, Proctor,
Hart & Howell, LLP
306 West 7th St., Ste. 200
Fort Worth, TX 76102
Fax: 817-870-2470

_____/S/_____
James F. Sullivan, Esq.